IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RODNEY A. JACOBS, an Individual ) | No. CV 05-381-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

On November 3rd 2006, The Honorable Jennifer Guerin, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No.22). The Recommendation advised the Court to deny The Plaintiff's Motion for Summary Judgment (Docket No.9) and grant Defendant's Cross-Motion for Summary Judgment (Docket No.14).

The Court has read and considered Plaintiff's Objections to Magistrate's Report and Recommendation (Docket No. 25). The Court considers the Recommendation (Docket No. 22) to be thorough and well reasoned. After a thorough and de novo review of the record the Court will **ADOPT** the Recommendation of Magistrate Judge Guerin.

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (Docket No. 9) is **DENIED**.

1  IT IS FURTHER ORDERED that Defendant's Cross-Motion for Summary Judgment
2  (Docket No.14) is **GRANTED**.
3  IT IS FURTHER ORDERED and ADJUDGED that the Clerk Shall **Close the Case**.

5  DATED this 21st day of March, 2007.

_____
Raner C. Collins
United States District Judge